JUDGE KATHLEEN CARDONE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



| | |
|---|---|
| JAMES ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN SECURITY<br>SERVICES, INC., d/b/a WALDEN<br>SECURITY,<br><br>    Defendant. | Case No. EP11CV0183 |

## NOTICE OF REMOVAL

Metropolitan Security Services, Inc. d/b/a Walden Security, through counsel and in accordance with 28 U.S.C. § 1446(b), files this Notice of Removal of this action to the United States District Court for the Western District of Texas, El Paso Division. As grounds for removal, Walden Security respectfully shows the Court the following:

1.  On or about March 31, 2011, Plaintiff filed his Original Petition in the District Court of El Paso County Texas, 34th Judicial District. Plaintiff's Original Petition, along with a Citation for Personal Service, were served by certified mail on Walden Security's registered agent on April 18, 2011.

2.  Copies of the Citation and Original Petition, which constitute all process and pleadings served on Walden Security, are attached to this Notice of Removal as **Exhibit A** and are incorporated herein by reference. This Notice of Removal is filed within thirty (30) days after service.

3.  This is an action for alleged discrimination and retaliatory discharge in violation of federal law. Plaintiff has specifically invoked the jurisdiction of this Court by basing his

action solely on federal law, specifically the Family and Medical Leave Act, 29 U.S.C. § 2601—2654.

4. Jurisdiction over this action is properly exercised by this Court under 28 U.S.C. § 1331, which confers original jurisdiction over such actions on the United States district courts. This action is thus removable to this Court under the provisions of 28 U.S.C. § 1441.

5. Walden Security is on this date giving written notice of the removal of this action to Plaintiff and is filing a copy of this Notice of Removal with the clerk of the state court, as is required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Walden Security prays that this Court accept this Notice of Removal and that this action proceed in this Court as an action properly removed.

Respectfully submitted,

By: _____

KEMP SMITH LLP
P.O. Box 2800
El Paso, TX  79999-2800
Tel: 915.533.4424
Fax: 915.546.5360

By:   CLARA B. BURNS
      State Bar No. 03443600
      cburns@kempsmith.com
      JOSE A. HOWARD-GONZALEZ
      State Bar No. 24067670
      ahgo@kempsmith.com

CHAMBLISS, BAHNER & STOPHEL, P.C.

J. Bartlett Quinn, TN BPR No. 012219
Justin L. Furrow, TN BPR No. 027667
1000 Tallan Building, Two Union Square
Chattanooga, Tennessee  37402-2502
Telephone: 423.757.0205
Facsimile: 423.508.1205
bquinn@cbslawfirm.com
jfurrow@cbslawfirm.com

*Attorneys for Metropolitan Security Services, Inc., d/b/a Walden Security*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing **Notice of Removal** upon the following person(s) via ☐ hand delivery or ☑ United States first class mail with proper postage applied thereon to ensure prompt delivery:

Enrique Chavez, Jr.
Chavez Law Firm
2101 North Stanton Street
El Paso, Texas 79902

This 6th day of May, 2011.

                          KEMP SMITH LLP.

                      BY: _____
                          Clara B. Burns, State Bar No. 03443600

|  |  |  |
|---|---|---|
| JAMES ELLIS,<br>Plaintiff, | §<br>§<br>§ | IN THE COUNTY COURT AT LAW NUMBER _____<br>EL PASO COUNTY TEXAS |
| V. | §<br>§<br>§ | THE DISTRICT COURT OF EL PASO COUNTY TEXAS<br>____34th____ JUDICIAL DISTRICT<br>Cause No.— |
| METROPOLITAN SECUIRTY SERVICES<br>INC., dba WALDEN SECURITY<br>Defendant. | §<br>§<br>§ |  |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

Plaintiff JAMES ELLIS ("MR. ELLIS" AND "Plaintiff"), now complains of METROPOLITAN SECURITY SERVICES INC., dba WALDEN SECURITY, ("Defendant"), and respectfully shows the court and jury as follows:

### I. Discovery Level

1. Discovery is intended to be conducted under Level 2 of Texas Rule of Civil Procedure 190.

### II. Parties

2. Plaintiff is an individual and an eligible employee within the meaning of the FMLA. 29 U.S.C. § 2611. Plaintiff has been subjected to unlawful employment practices committed within the State of Texas.

3. Defendant is an employer within the meaning of section 2611(4) of the FMLA in that Defendant employs and has employed 50 or more employees for each working day during each of twenty or more calendar work weeks during the applicable time period, and is engaged in commerce or in an industry or activity affecting commerce. Defendant, METROPOLITAN SECURITY SERVICES INC., dba WALDEN SECURITY is an entity upon whom service can be obtained by serving its agent for service of process, National Registered Agents Inc., 16055 SpaceCenter Suite 235, Houston, Texas 77062.

### III. Cause of Action:
### FMLA VIOLATIONS

4. Defendant failed to request any medical certification, for Plaintiff's medically qualifying leaves of absence due to the events relating to his condition.

Plaintiff's Original Petition                                                                                                    1

**EXHIBIT A**

5. Plaintiff was an eligible employee as defined by 29 U.S.C. §2611 of the FMLA because Plaintiff worked for Defendant for at least 12 months and for at least 1250 hours of service during the previous 12-month period before he first took and or requested FMLA leave.

6. Plaintiff was also an "individual" (as distinct from an "eligible employee") entitled to be free from discrimination and retaliation as set out in 29 U.S.C. §2615(a)(2),(b).

7. Defendant is a "person" under the FMLA.

8. Plaintiff would show that Defendant violated the FMLA with respect to him in the following and other respects:

   (a) by firing him on or about 05-08-2009, without providing him the leave entitlement and benefits guaranteed by the FMLA because of his own serious health condition;

   (b) by interfering with, restraining or denying plaintiff's exercise or his attempts to exercise his rights provided by the FMLA;

   (c) by discriminating and or otherwise retaliating against him in violation of the FMLA.

9. All conditions precedent to the filing of this action have a occurred or have been fulfilled.

## IV. Jurisdiction

10. This is a proceeding authorized by and instituted pursuant to the Family & Medical Leave Act of 1993 (FMLA). 29 U.S.C. §2601, *et seq*. It is brought to prevent Defendant from denying, restraining or otherwise interfering with the rights guaranteed Plaintiff by the FMLA, and to recover damages and other relief authorized by section 2617(a) of the FMLA. 29 U.S.C §2617(a).

11. Jurisdiction is proper by virtue of section 2617(a)(2) which provides for jurisdiction in a State Court for actions arising under the FMLA. 29 U.S.C. §2617(a)(2).

## V. Damages

12. Plaintiff seeks statutory damages, back pay, front pay and or lost wages and benefits in the past and future, all actual monetary losses, liquidated damages, attorney's fees, expert witness fees, costs, interest and such other and further legal and equitable relief to which Plaintiff is entitled pursuant to the FMLA.

## VI. Jury Demand

13. Plaintiff demands this case be decided by jury as allowed by Texas Rule of Civil Procedure 216.

## VII. Request for Disclosure

14. Pursuant to Texas Rule of Civil Procedure 194, Defendant is requested to disclose the information and material described in Rule 194.2(a)-(k).

## VIII. Prayer

MR. ELLIS respectfully prays that he recover from Defendant METROPOLITAN SECURITY SERVICES INC., dba WALDEN SECURITY statutory damages under the FMLA, liquidated damages, attorney's fees, plus prejudgment interest, post-judgment interest and such other and further relief to which he may show himself to be justly entitled, in law and in equity. The amount sought herein is within the jurisdictional limits of the court.

SIGNED on this __31__ day of March 2011.

Respectfully submitted,

CHAVEZ LAW FIRM
2101 North Stanton Street
El Paso, Texas 79902
(915) 351-7772
(915) 351-7773 facsimile

By: _____
Enrique Chavez, Jr.
State Bar No.: 24001873
Attorney for Plaintiff

3

867-CITATION FOR PERSONAL SERVICE-Either Court-by Certified Mail-Rev. 9-07

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   **METROPOLITAN SECURITY SERVICES, INC.,, DBA WALDEN SECURITY** who may be served with process at 16055 Space Center Suite 235, Houston, Texas 77062.

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on 03/31/2011, by Attorney at Law CHAVEZ JR, ENRIQUE, 2101 N. STANTON STREET, EL PASO TX 79902, in this case numbered **2011-1238** on the docket of said court, and styled:

ELLIS, JAMES vs. METROPOLITAN SECURITY SERVICES INC.

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.
The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.
Issued and given under my hand and seal of said Court at El Paso, Texas, this 4th day of April, 2011.
Attest:  NORMA L. FAVELA, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
NORMA L. FAVELA, District Clerk
Rm. 103 COUNTY COURTHOUSE
500 E. SAN ANTONIO
El Paso Texas, 79901

By _____, Deputy
Stephanie C. Ramirez

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by certified mail Return receipt requested, a true copy of the citation _____.
Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the ___5___ day of ___April___, 2011 at ___4:00___, I mailed to DBA Walden Security Metropolitan Security Services Inc Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition attached thereto.

Carolina Meza
Private Process Server
TX LIC#: SCH-4085

| *NAME OF PREPARER | CM | TITLE |
|---|---|---|
| | Complete Civil Process | |
| ADDRESS | 801 N. El Paso St., Ste L.L. #1 | |
| | El Paso TX 79938 | |
| CITY | STATE | ZIP |

_____
TITLE

*If not applicable so state N/A.
DISTRICT CLERK 20

867-CITATION FOR PERSONAL SERVICE-Either Court-by Certified Mail-Rev. 9-07

## RETURN OF SERVICE

Delivery was completed on _____, delivered to _____
_____ as evidenced by Domestic Return Receipt PS Form 3811 attached hereto.

The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

This forwarding address was provided: _____.

Certified Mail Article Number:

Attest: NORMA L. FAVELA, District Clerk
El Paso County, Texas

By:_____
Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____

## VERIFICATION BY AUTHORIZED PERSON

State of Texas
County of El Paso

Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am a disinterested party qualified to make an oath of that fact and the statements contained in the Return of Service are true and correct."

Subscribed and sworn to be on this ___ day of _____, ____.

_____
Notary Public, State of _____
My commission expires:_____

*If not applicable so state N/A.
DISTRICT CLERK 20